454 A.2d 181

In the Matter of Patricia R.

Argued May 20, 1982. Camela Presgona, Assistant Public Defender, for appellant; Dana S. Jones, for participating party.

Before HESTER, McEWEN and JOHNSON, JJ.

The order of the learned Erie County Judge Fred P. Anthony is affirmed.